WHITE and JUSTICE KENNEDY would grant certiorari.

No. 88–733. UNITED ARTISTS THEATRE CIRCUIT, INC., ET AL. *v.* HARKINS AMUSEMENT ENTERPRISES, INC., ET AL. C. A. 9th Cir. Motion of Columbia Pictures Industries et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 88–738. SPRING BRANCH MINING CO., INC., ET AL. *v.* UNITED MINE WORKERS OF AMERICA 1950 PENSION TRUST AND 1950 PENSION PLAN ET AL. C. A. 4th Cir. Certiorari denied. JUSTICE O'CONNOR would grant certiorari.

No. 88–785. LEASE LIGHTS, INC., ET AL. *v.* PUBLIC SERVICE COMPANY OF OKLAHOMA. C. A. 10th Cir. Motion of Alliance for Fair Competition for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 88–786. CARROLL *v.* MOORE. Sup. Ct. Neb. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. JUSTICE WHITE and JUSTICE O'CONNOR would grant certiorari.